NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R.L. BATES GENERAL CONTRACTOR PAVING & ASSOCIATES, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1313

---

Appeal from the Armed Services Board of Contract Appeals in no. 53641, Administrative Judge Monroe E. Freeman, Jr.

---

## ON MOTION

---

## ORDER

R.L. Bates General Contractor Paving & Associates, Inc. moves for a 30-day extension of time, until September 29, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kevin M. Cox, Esq.
William J. Grimaldi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK